ROBERT PATRICK EDWARD ASH v. EDWARD FINE, M.D.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE RODRIGUEZ.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT F. BRAKEMAN.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BRONSON.

November 18, 1985.

Petition for certification denied.